UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRIALCARD INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIMEDIA USA, INC. and PSKW, LLC,<br><br>    Defendants.<br><br>MEDIMEDIA USA, INC. and PSKW, LLC,<br><br>    Counterclaimants,<br><br>v.<br><br>TRIALCARD INCORPORATED,<br><br>    Counterclaim Defendant. | C.A. No.: 3:11-cv-05693-FLW-TJB<br>C.A. No.: 3:11-cv-07341-FLW-TJB<br><br>Hon. Freda L. Wolfson |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counterclaim Defendant TrialCard Incorporated ("TrialCard"), Defendant/Counterclaimant MediMedia USA, Inc. ("MediMedia"), Defendant/Counterclaimant PSKW, LLC ("PSKW"), hereby stipulate and agree that all claims and counterclaims in these consolidated actions are hereby dismissed with prejudice, with all parties to bear their own costs and attorney's fees.

DATED: June 18, 2015

/s/ Dana E. Becker
Thomas B. Kenworthy
 (Admitted *Pro Hac Vice*)
Kenneth J. Davis (KD 8582)
Dana E. Becker (DB 0889)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
Tel.:  215.963.5000
Fax:  215.963.5001
dbecker@morganlewis.com

*Attorneys for Plaintiff/*
*Counterclaim Defendant*
*TrialCard Incorporated*

Kevin M. Kearny
Robert J. Lane, Jr.
 (Admitted *Pro Hac Vice*)
Robert J. Fluskey, Jr.
 (Admitted *Pro Hac Vice*)
**HODGSON RUSS LLP**
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York  14202-4040
Tel.:  716.856.4000
Fax:  716.849.0349
kkearney@hodgsonruss.com

*Attorneys for Defendant/*
*Counterclaimant*
*PSKW, LLC*

Kevin M. McDonough
James E. Brandt (Admitted *Pro Hac Vice*)
Clement J. Naples (Admitted *Pro Hac Vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Tel.:  212.906.1200
Fax:  212.751.4864
kevin.mcdnough@lw.com

Maximilian A. Grant
 (Admitted *Pro Hac Vice*)
James R. Bender
 (Admitted *Pro Hac Vice*)
555 Eleventh St., NW, Suite 1000
 Washington, DC 20004-1304
Tel.:  202.637.2200
Fax:  202.637.2201

*Attorneys for Defendant/Counterclaimant*
*MediMedia USA, Inc.*